■ WENDY R. BOYLE et al., Appellants, v MARY A. TITUS, Respondent.—Order and judgment unanimously reversed on the law without costs and trial granted on the issue of damages only. Memorandum: Plaintiff Wendy Boyle sustained certain injuries when her automobile, stopped at a traffic signal, was struck in the rear by an automobile operated by defendant. Upon our review of the record in this nonjury case *(see, Lucenti v Cayuga Apts.,* 59 AD2d 438, 442), we find that the unrefuted testimony of plaintiff Wendy Boyle's physician established that, as a result of the accident, she sustained a straightened lordosis of her spine. She testified that, between April 18, 1985 and September 6, 1985, she was unable to perform her usual duties as a homemaker and that her husband, mother and neighbors assumed her responsibilities and cared for her children. That testimony provided the requisite competent objective medical proof to establish that plaintiff sustained a serious injury as defined by Insurance Law § 5102 (d). (Appeal from Order of Erie County Court, Drury, J.—Negligence.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.

■ FRANCO MUSUMECI et al., Appellants, v DANIEL C. SALAMONE et al., Respondents. (Appeal No. 1.)—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Judgment of Supreme Court, Onondaga County, Murphy, J.—Specific Performance.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.

■ LONGLEY-JONES ASSOCIATES, INC., Appellant-Respondent, v DANIEL C. SALAMONE, Respondent-Appellant, and F & R PROPERTIES CORP., Respondent. (Appeal No. 2.)—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeals from Judgment of Supreme Court, Onondaga County, Murphy, J.—Brokerage Commissions.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.